1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff
   BERNARD TARUC

6

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9

10 BERNARD TARUC,                        Case No.: 2:25-cv-05984

11        Plaintiff,                    **NOTICE OF VOLUNTARY
                                        DISMISSAL OF ENTIRE ACTION
12    vs.                               WITH PREJUDICE**

13 WALNUT HILLS AUTO REPAIR SHOP,
14 INC.; TITO TUAZON; and DOES 1 to 10,

15        Defendants.

16

17

18        **PLEASE TAKE NOTICE** that Plaintiff BERNARD TARUC ("Plaintiff")

19 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses

20 the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)

21 which provides in relevant part:

22        (a) **Voluntary Dismissal.**

23        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
24               and any applicable federal statute, the plaintiff may dismiss an action
25               without a court order by filing:
26        (i)    A notice of dismissal before the opposing party serves either an
27               answer or a motion for summary judgment.

28

                                    1
              NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: August 22, 2025         **SO. CAL. EQUAL ACCESS GROUP**

By:   /s/  *Jason J. Kim*
        Jason J. Kim, Esq.
        Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION